IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN LANCASTER                                                                                      PLAINTIFF

VS.                                        CASE NO. 13-CV-6034

JOHN R. PACE, M.D.;
HOT SPRINGS NEUROSURGERY CLINIC, P.A.;
LONNIE SESSLER, M.D.;
and JOHN AND JANE DOES 1-5                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 27, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 51). Judge Bryant recommends that Defendant Hot Springs Neurosurgery Clinic, P.A.'s Motion for Summary Judgment Regarding Plaintiff's Claim for Punitive Damages be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claim for punitive damages against Dr. Pace and Hot Springs Neurosurgery Clinic, P.A. is hereby dismissed.

**IT IS SO ORDERED**, this 15th day of May, 2015.

                                                                                                                /s/ Susan O. Hickey
                                                                                                                Susan O. Hickey
                                                                                                                United States District Judge