IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN LANCASTER                                                                                  PLAINTIFF

v.                               CASE NO. 6:13-CV-06034-SOH

DR. JOHN R. PACE and
HOT SPRINGS NEUROSURGERY
CLINIC P.A.; LONNIE SESSLER, M.D.
and John and Jane Does 1-5

                                                                                                DEFENDANTS

## MOTION FOR LEAVE TO FILE AN AMENDED ANSWER

Come Defendants, Dr. John Pace and Hot Springs Neurosurgery Clinic, P.A., and for their Motion for Leave to File an Amended Answer, state:

1.   Dr. John Pace and Hot Springs Neurosurgery Clinic, P.A. have filed this Motion for Leave to File an Amended Answer due to the objection by the Plaintiff that the jury should not be permitted to allocate fault to Dr. John Finck, a non-party, on the verdict form.

2.   In their Separate Answer, Dr. John Pace and Hot Springs Neurosurgery Clinic, P.A. requested leave of the Court to file an Amended Answer following the completion of discovery.

3.   Pursuant to the request in their Answer, Rule 15(b), or in the alternative, Rules 15(a) and 16(b) of the Federal Rules of Civil Procedure, Dr. John Pace and Hot Springs Neurosurgery Clinic, P.A. request that the Court grant them leave to file an Amended Answer.

4.   A Brief in Support of this Motion is being filed contemporaneously, and it is incorporated herein by reference.

WHEREFORE, Defendants, Dr. John R. Pace and Hot Springs Neurosurgery Clinic, P.A., respectfully request that the Court grant their Motion for Leave to File an Amended Answer, and for all other proper relief to which they are entitled.

**MALCOM LAW FIRM**
2226 Cottondale Lane, Suite 100
Little Rock, Arkansas 72202-2060
(501) 319-7669 Telephone
(501) 319-7681 Facsimile

**ATTORNEYS FOR DEFENDANTS,
DR. JOHN PACE and HOT SPRINGS
NEUROSURGERY CLINIC, P.A.**

By: *[signature]*
Phil Malcom (ABA #75082)
Brandon Cole (ABA #2014135)

## CERTIFICATE OF SERVICE

I, Phil Malcom, do hereby certify that a true and correct copy of the foregoing pleading has been sent via email this 24th day of June 2015, to the following:

Lamar Porter
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227

Stuart B. Harmon
C. Maison Heidelberg
Heidelberg Harmon, PLLC
795 Woodlands Parkway, Suite 220
Ridgeland, Mississippi 39157

Walter Cox
James Estes
Cox, Cox & Estes, PLLC
75 North East Avenue, Suite 400
P.O. Box 878
Fayetteville, Arkansas 72702

*[signature]*
Phil Malcom

2