IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

## MINUTES

PLAINTIFF: JOHN LANCASTER
ATTY: C. Maison Heidelberg

DEFENDANT: JOHN R. PACE, M.D., et al.
ATTY: Phil Malcom, Brandon Cole

JUDGE: Susan O. Hickey, U. S. District Judge
REPORTER: Felisha Burson
CLERK: Robin Gray
CASE NO.: 6:13-CV-6034
INTERPRETER:
DATE: July 9, 2015

ACTION: Jury Trial - Day 4

| TIME | MINUTES |
|---|---|
| 8:20 am | Court reconvenes. |
| | Hearing outside the presence of the jury. |
| | Plaintiff rests. |
| | Motion to Strike Testimony of Dr. Randall Thomas on behalf of Defendant, Lonnie Sessler, M.D. |
| | Motion for Directed Verdict on behalf of Lonnie Sessler, M.D. |
| | Response in opposition of Motion to Strike Testimony of Dr. Randall Thomas and Motion for Directed Verdict on behalf of Defendant, Lonnie Sessler, M.D. |
| | Defendant, John R. Pace, M.D. and Hot Springs Neurosurgery Clinic, P.A. joins Motion to Strike Testimony of Dr. Randall Thomas on behalf of Defendant, Lonnie Sessler, M.D. |
| | Motion for Directed Verdict on behalf of John R. Pace, M.D. and Hot Springs Neurosurgery Clinic, P.A. |
| | Response in opposition of Motion to Strike Testimony of Dr. Randall Thomas on behalf of Defendants and Motion for Directed Verdict on behalf of John R. Pace, M.D. and Hot Springs Neurosurgery Clinic, P.A. |
| 8:40 am | Recess. |
| 9:20 am | Court reconvenes. |
| | Hearing outside the presence of the jury. |
| | Motion to Strike Testimony of Dr. Randall Thomas on behalf of Defendants - Denied.  Objections are noted for the record.  Motion for Directed Verdict on behalf of Lonnie Sessler, M.D. - Denied.  Objections are noted for the record. |
| | Motion for Directed Verdict on behalf of Defendants, John R. Pace, M.D. and Hot Springs Neurosurgery Clinic, P.A. - Denied.  Objections are noted for the record. |
| 9:25 am | Recess. |
| 9:30 am | Court reconvenes. |
| | Plaintiff has rested.  All motions are renewed.  The Court's rulings remain.  Objections are noted for the record. |

CASE NO. 13-CV-6034

DATE: July 9, 2015

TIME | MINUTES
---|---

| | Evidence on behalf of Defendants, John R. Pace, M.D., et al. |
| | Sworn Defendants Witnesses: (1) Dr. J.D. Day. |
| 11:08 am | Recess. |
| 11:31 am | Court reconvenes. |
| | Hearing outside the presence of the jury. |
| | Motion to Strike Testimony of Dr. J.D. Day re: Standard of Care Testimony on behalf of Plaintiff, John Lancaster. |
| | Response in opposition of Motion to Strike Testimony of Dr. J.D. Day re: Standard of Care Testimony. |
| | Motion to Strike Testimony of Dr. J.D. Day re: Standard of Care Testimony on behalf of Plaintiff, John Lancaster - Denied. Objections are noted for the record. |
| 11:34 am | Recess. |
| 11:36 am | Court reconvenes. |
| | Evidence on behalf of Defendant, John R. Pace, M.D., et al. |
| | Sworn Defendants Witnesses: (1) Dr. J.D. Day, continuing. |
| 12:26 pm | Recess. |
| 1:42 pm | Court reconvenes. |
| | Hearing outside the presence of the jury. |
| | Motion to Strike Testimony of Dr. J.D. Day re: Standard of Care Testimony on behalf of Plaintiff, John Lancaster. |
| | The Court has reconsidered the previous denial of the plaintiff's motion and finds that the motion should be granted. |
| | The testimony of Dr. J.D. Day as to standard of care is hereby stricken from the record. The Court will instruct the jury regarding this ruling. |
| 1:45 pm | Recess. |
| 1:46 pm | Court reconvenes. |
| | The instructs the jury to disregard the testimony given by Dr. J.D. Day re: standard of care as it has been stricken from the record. |
| | Evidence on behalf of Defendants, John R. Pace, M.D., et al. |
| | Sworn Defendants Witnesses: (1) Dr. J.D. Day, continuing. (2) Dr. John R. Pace. |
| 3:46 pm | Recess. |
| 4:03 pm | Court reconvenes. |
| | Evidence on behalf of Defendants, John R. Pace., M.D., et al. |
| | Sworn Defendants Witnesses: (2) Dr. John R. Pace, continuing. |
| | Jury released until 8:30am, July 10, 2015. |
| | Hearing outside the presence of the jury. |
| 5:16 pm | Court adjourned. |