# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| JOHN LANCASTER <br> *Plaintiff* <br> v. <br> JOHN R. PACE, M.D., et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 6:13-CV-6034 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The jury returns a verdict in favor of Defendants, John R. Pace, M.D., Hot Springs Neurosurgery Clinic, P.A., and Lonnie Sessler, M.D.
.

This action was *(check one)*:

☑ tried by a jury with Judge Susan O. Hickey presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for
.

Date: July 15, 2015

*CLERK OF COURT*

/s/ Robin W. Gray

*Signature of Clerk or Deputy Clerk*